**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL RUMINAHUI LLIGUISHUZCA, A#246-849-760,<br><br>                                           Petitioner,<br><br>v.<br><br>JOHN DOE, OTAY MESA DETENTION CENTER, et al.,<br><br>                                           Respondents. | Case No.:  26-cv-1586-BJC-DDL<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMSISSED FOR FAILURE TO SATISFY FILING FEE REQUIREMENT** |

Petitioner, an immigration detainee housed at the Otay Mesa Detention Center in San Diego, California, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1.

Petitioner has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.  A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).  The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis and this case is subject to dismissal without prejudice.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Petition should not be dismissed for failure to satisfy the filing fee requirement.  To avoid dismissal of this habeas case, Petitioner must, no later than **April 27, 2026**: (1) pay the $5.00 filing fee **OR**

(2) submit adequate proof of Petitioner's inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

DATED: March 13, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1586-BJC-DDL