# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUMINAHUI LLIGUISHUZCA, A#246-849-760,<br><br>                                        Petitioner,<br><br>v.<br><br>JOHN DOE, OTAY MESA DETENTION CENTER, et al.,<br><br>                                        Respondents. | Case No.:  26-cv-1586-BJC-DDL<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus on March 10, 2026.  ECF No. 1.  On March 13, 2026, the Court issued an order to show cause why the Petition should not be dismissed for failure to satisfy the filing fee requirement.  ECF No. 2.  The Court directed Petitioner, on or before April 27, 2026, to either: (a) pay the $5.00 filing fee, or (b) submit adequate proof of inability to pay.  Petitioner failed to comply.  Accordingly, because Petitioner did not pay the filing fee or demonstrate an inability to do so, the Petition is **DENIED** without prejudice.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated:  April 28, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-1586-BJC-DDL